# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-555**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

## Title _____

**Title of Work:** 19950 The Hummingbird Garden

## Completion/Publication _____

**Year of Completion:** 2012
**Date of 1st Publication:** August 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author _____

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions _____

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification _____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-714

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | 24055 Grandpa's Potting Shed |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 01, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **Author:** | Steven Read |
| **Pseudonym:** | Steve Read |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-721

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 29811 Kitten Kitchen Capers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 01, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| ● **Author:** | Steven Read |
| **Pseudonym:** | Steve Read |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-716

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** 32231 Cosy Cabin

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 01, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-715

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** 33164 Beach Hut

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 01, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-875

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 27, 2025

---

## Title

**Title of Work:** 19698 White Tiger Clan

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-594

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 26154 Over the fence |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 01, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Steven Read |
| **Pseudonym:** | Steve Read |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-717

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** 29808 Sewing Shed

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 03, 2017
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-428-618

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

## Title

**Title of Work:** 6743 Astral Unicorn

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** September 21, 2005
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2

