IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN READ, <br><br>            Plaintiff, <br><br> v. <br><br> SCHEDULE A DEFENDANTS, <br><br>            Defendants. | Case No. 25-cv-1913 |

**NOTICE OF INTENT TO SEEK INJUNCTIVE RELIEF**

PLEASE TAKE NOTICE THAT Plaintiff will be seeking injunctive relief in this action, including both a temporary restraining order and a preliminary injunction.

                                                     Respectfully submitted,

Dated:  December 9, 2025            /s/ Stanley D. Ference III
                                                     Stanley D. Ference III
                                                     Pa. ID No. 59899
                                                     courts@ferencelaw.com

                                                     FERENCE & ASSOCIATES LLC
                                                     409 Broad Street
                                                     Pittsburgh, Pennsylvania 15143
                                                     (412) 741-8400 – Telephone
                                                     (412) 741-9292 – Facsimile

                                                     Attorneys for Plaintiff