**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: January 5, 2026

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

RE:   STEVEN READ vs.  SCHEDULE A DEFENDANTS
Case Number:   **2:25–CV–01913–WSS**

Dear Sir or Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed is a copy of the complaint, docket entries and AO 121 form which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

BRANDY S. LONCHENA
CLERK OF COURT

By:  /s/ **Bradley Ruth**
     Deputy Clerk

Enclosures