COPYRIGHT

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:25-cv-01913-WSS

READ v. SCHEDULE A DEFENDANTS  
Assigned to: Judge William S. Stickman  
Cause: 17:501 Copyright Infringement

Date Filed: 12/09/2025  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

STEVEN READ represented by Stanley D. Ference , III  
Ference & Associates  
409 Broad Street  
Pittsburgh, PA 15143  
(412) 741-8400  
Email: courts@ferencelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

SCHEDULE A DEFENDANTS

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2025 | 1 | COMPLAINT against SCHEDULE A DEFENDANTS (Filing fee, including Administrative fee, $405, receipt number APAWDC-9238982), filed by STEVEN READ. (Attachments: # 1 Exhibit 1 - Copyright Registrations, # 2 Exhibit 2 - Combating Trafficking in Counterfeit and Pirated Goods, # 3 Exhibit 3 - Intellectual Property Rights Seizure Statistics, # 4 Civil Cover Sheet) (Ference, Stanley) (Entered: 12/09/2025) |
| 12/09/2025 | 2 | NOTICE *OF INTENT TO SEEK INJUNCTIVE RELIEF* by STEVEN READ (Ference, Stanley) (Entered: 12/09/2025) |
| 12/19/2025 |   | Judge William S. Stickman added. (sms) (Entered: 12/19/2025) |
| 12/19/2025 |   | **CLERK'S REQUEST FOR CORRECTIVE ACTION** re 1 COMPLAINT,. ERROR: Filer must submit AO 121 Report on the Filing or Determination of an Action or appeal Regarding a Copyright. **CORRECTION: Filer advised to file the Notice within 7 days. The link to the report can be found under Other Forms at: http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx** (bjr) (Entered: 12/19/2025) |
| 01/02/2026 | 3 | AO 121 NOTICE by STEVEN READ (Attachments: # 1 Additional Register copyrights) (Ference, Stanley) (Entered: 01/02/2026) |