# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-555**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** 19950 The Hummingbird Garden

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-714**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

## Title

| | |
|---|---|
| **Title of Work:** | 24055 Grandpa's Potting Shed |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 01, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Steven Read |
| **Pseudonym:** | Steve Read |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-721**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** 29811 Kitten Kitchen Capers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 01, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-716**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** 32231 Cosy Cabin

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 01, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-715**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| Title of Work: | 33164 Beach Hut |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | April 01, 2019 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| Author: | Steven Read |
| Pseudonym: | Steve Read |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | MGL Licensing |
| Name: | Adam Meiklejohn |
| Email: | adam@mglart.com |
| Telephone: | +4402083928010 |
| Address: | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-875**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 27, 2025

---

### Title
**Title of Work:** 19698 White Tiger Clan

### Completion/Publication
**Year of Completion:** 2012
**Date of 1st Publication:** May 01, 2012
**Nation of 1st Publication:** United Kingdom

### Author
- **Author:** Steven Read
  **Pseudonym:** Steve Read
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

### Copyright Claimant
**Copyright Claimant:** Steven Read
208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom

### Rights and Permissions
**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

### Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-594**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 26154 Over the fence |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 01, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Steven Read |
| **Pseudonym:** | Steve Read |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-717**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| Title of Work: | 29808 Sewing Shed |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | January 03, 2017 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Steven Read |
| Pseudonym: | Steve Read |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | MGL Licensing |
| Name: | Adam Meiklejohn |
| Email: | adam@mglart.com |
| Telephone: | +4402083928010 |
| Address: | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-618**

**Effective Date of Registration:**
November 27, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 6743 Astral Unicorn |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | September 21, 2005 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Steven Read |
| **Pseudonym:** | Steve Read |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven Read |
| | 208 Point Clear Road, St. Osyth, Essex, CO16 8JD, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2

