IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN READ,<br><br>      Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>      Defendants. | Civil Action No. 25-cv-1913<br><br>**FILED UNDER SEAL** |

## DISCLOSURE STATEMENT

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, in the above captioned action, certify that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                   Respectfully submitted,

Dated: December 9, 2025

                   /s/ Stanley D. Ference III
                   Stanley D. Ference III
                   Pa. ID No. 59899
                   courts@ferencelaw.com

                   FERENCE & ASSOCIATES LLC
                   409 Broad Street
                   Pittsburgh, Pennsylvania 15143
                   (412) 741-8400 – Telephone
                   (412) 741-9292 – Facsimile

                   Attorneys for Plaintiff