IN THE UNITED STATES DISTRICT COURT

<u>WESTERN</u> DISTRICT OF <u>PENNSYLVANIA</u>

_____ DIVISION

STEVEN READ
**Plaintiff,**
v.

**SCHEDULE A DEFENDANTS**

Case No.: <u>25-cv-01913</u>

**BOND ON INJUNCTION**

Bond No.: S-989738

**Defendant(s).**

We, <u>STEVEN READ</u> _____ as Principal, and NGM INSURANCE COMPANY, as Surety, are bound to the above shown Defendant(s), as Obligee, in the sum of <u>Five Thousand and 00/100 Dollars</u> ($ <u>5,000</u>) lawful money of the United States of America, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns jointly and severally.

THE CONDITION OF THIS BOND IS SUCH; That if the Principal shall pay all costs and damages that the Obligee may sustain in consequence of the Principal improperly obtaining a temporary injunction or restraining order in this action, then this bond is void; otherwise it remains in full force and effect.

Signed, sealed and dated this <u>26th</u> day of <u>January</u>, <u>2026</u>.

**NGM INSURANCE COMPANY**
4601 Touchton Rd., Ste. 3400, Jacksonville, FL  32246

*[signature]*

By: Nicholas A. Hanley, Attorney-in-Fact and Agent

APPROVED on

_____ ; _____ .

**PRINCIPAL**

*[signature]*

By: Attorney for Principal

_____

(Judge)(Clerk)

68-QQ-0121b-04