IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN READ, | Civil Action No. |
| Plaintiffs, | 25-cv-01913 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 12 | Bonsonpl |
| 14 | shengzhoushiyuhailongdianzishangwuyouxiangongsi |
| 15 | Roszwtit Mat |
| 24 | seulife |
| 28 | PYBUG |
| 44 | Duskwhisper |
| 91 | Eaezerav |
| 127 | You Are Our Sunshine |
| 128 | ShoPen |
| 129 | Le cishi Company |
| 131 | Quanzhou Boqiyang |
| 132 | de hua xian feng wei ding shang mao you xian gong si |
| 153 | YANYUANXUEZHIQIAN |
| 170 | weiguan |
| 178 | TOPCredibility |
| 179 | Bermo Home Textiles |
| 181 | Glorious Arrival |

| | |
|---|---|
| 184 | Good Life Carpet |
| 189 | Expert of SC |
| 190 | ZLBF |
| 191 | Here and see |
| 300 | Hiornaments |
| 305 | TAYOZH |
| 320 | LE TIAN XIAO DIAN |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                                                  Respectfully submitted,

Dated: March 9, 2026                  /s/ Stanley D. Ference III
                                                  Stanley D. Ference III
                                                  Pa. ID No. 59899
                                                  courts@ferencelaw.com

                                                  FERENCE & ASSOCIATES LLC
                                                  409 Broad Street
                                                  Pittsburgh, Pennsylvania 15143
                                                  (412) 741-8400 – Telephone
                                                  (412) 741-9292 – Facsimile

                                                  Attorney for Plaintiff